389 A.2d 184
Commonwealth v. Westphal, Appellant.

Submitted March 21, 1977.   Edward F. Browne, Jr., Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 184
Commonwealth v. Williams, Appellant.

Submitted April 11, 1977.   Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.